opinion filed May 24, 1948; released for publication June 8, 1948. Harry George, for appellant; Meyer Abrams, of counsel; John E. Wilson, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Hudie Hoskins, Appellee, v. Jack Zimmerman, Appellant.

Gen. No. 44,365.

opinion filed May 24, 1948; released for publication June 8, 1948. Wyatt Jacobs and Charles E. Heckler, for appellant; Wm. W. Sher and Kamin & Gleason, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Estelle R. Firebaugh et al., Appellants, v. Scoville, Inc. et al., Appellees. Stella Scott et al., Appellees.

Gen. No. 44,377.